# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

March 24, 2005



FILED
MAR 24 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**VIA HAND DELIVERY**
Peter T. Dalleo, Clerk of the Court
U.S. District Court
District of Delaware
844 North King Street
Wilmington, Delaware 19801

05 - 181

RE: *In re Garden Ridge Corporation, et al.* (Bankr. D. Del. (Case No. 04-10324 (DDS))

*Appeal – Starlight Sugarland v. Garden Ridge,* (Civil Action No.: Not yet docketed)

Dear Mr. Dalleo:

Enclosed please find the Motion of Starlight Sugarland Texas, LP ("Starlight") Pursuant to Fed.R.Bankr.P. 8011 and 9006, and Del.Bankr. LR 9006-2, for Procedural Order Staying Appeal to Permit Settlement Via Plan Confirmation (the "Motion to Stay"), along with proposed order thereon. At the Clerk's office's direction, we enclose the Motion to Stay and request that the matter be submitted to the presiding duty Judge given the procedural posture of the appeal and the relief requested thereby.

By the Motion to Stay, Starlight, with the consent or acknowledgement of interested parties, seeks a stay of Starlight's appeal in its entirety given a pending, but not yet Court-approved, settlement among Starlight and the Debtors. It is anticipated that such settlement will be effected pursuant to the Debtors' proposed plan of reorganization (the "Plan") (which Starlight believes will occur in the next several months). Until such time, however, Starlight (as do the Debtors) wishes to focus its attention and resources on plan confirmation and day-to-day business operations. Accordingly, the Motion to Stay seeks the entry of an order staying this appeal in its entirety, including all deadlines and other requirements, so that the Plan may be confirmed and the parties' settlement effected. Starlight respectfully requests immediate relief as certain deadlines and requirements, including those under Fed.R.Bankr.P. 8006, are now or will soon be due.

Peter T. Dalleo, Clerk of the Court
March 24, 2005
Page 2

      Naturally, should the Court have any questions regarding this matter, we are available at the Court's convenience.

                                        Respectfully submitted,

                                        Ricardo Palacio

RP/kmm
Enclosure
cc:    Curtis Weidler, Esq. (w/ encl.)
       Joseph Barry, Esq. (w/ encl.)
       Jenette Barrow-Bosshart, Esq. (w/ encl.)
       Rebecca Butcher, Esq. (w/ encl.)
       David Stratton, Esq. (w/ encl.)
       David Klauder, Esq. (w/ encl.)
       William P. Bowden, Esq. (w/ encl.)

155041.1