UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re ) | | Chapter 11 |
| ) | | |
| GARDEN RIDGE CORPORATION, et al., ) | | Case No. 04-10324 (DDS) |
| ) | | (Jointly Administered) |
| Debtors. ) | | |
| ) | | |
| STARLIGHT SUGARLAND TEXAS, LP, ) | | |
| ) | | |
| Appellant, ) | | |
| ) | | Civil Action No.: 05 - 181 |
| v. ) | | |
| ) | | |
| GARDEN RIDGE CORPORATION, et al., ) | | |
| ) | | |
| Appellees. ) | | |

## ORDER STAYING APPEAL

Having considered the Motion of Starlight Sugarland Texas, LP (the "Appellant") Pursuant to Fed.R.Bankr.P. 8011 and 9006, and Del.Bankr. LR 9006-2, for Procedural Order Staying Appeal to Permit Settlement Via Plan Confirmation; and having found sufficient and good cause therefor; it is hereby:

ORDERED that this appeal is stayed in its entirety, including all applicable deadlines and other requirements, pending further order of the Court.

March 24, 2005
154535.1

United States District Judge