# **EXHIBIT A**

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| GARDEN RIDGE CORPORATION, et al., | ) | Case No. 04-10324 (DDS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| ———————————————— | ) | |
| | ) | |
| STARLIGHT SUGARLAND TEXAS, LP, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | Civil Action No.: 05-181 (GMS) |
| v. | ) | |
| | ) | |
| GARDEN RIDGE CORPORATION, et al., | ) | |
| | ) | |
| ———————————————— Appellees. | ) | |

## ORDER DISMISSING APPEAL

Having considered the Agreement and Request to Dismiss Appeal Pursuant to

Fed.R.Bankr. P. 8001(c)(2) filed in the above captioned matter, it is hereby:

ORDERED that this appeal is dismissed.

_____, 2005

_____
Gregory M. Sleet
United States District Judge

157734.1

WP3:1122746.2

62883.1001