## CERTIFICATE OF SERVICE

I, Ricardo Palacio, Esquire hereby certify that on June 17, 2005, I caused one copy of the foregoing AGREEMENT AND REQUEST TO DISMISS APPEAL PURSUANT TO FED.R.BANKR.P. 8001(c)(2) be served upon the parties below in the manner indicated.

| | |
|---|---|
| **HAND DELIVERY**<br>Pauline K. Morgan, Esq.<br>Joseph M. Barry, Esq.<br>Matthew B. McGuire, Esq.<br>Young Conaway Stargatt & Taylor, LLP<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | **HAND DELIVERY**<br>Adam G. Landis, Esq.<br>Rebecca L. Butcher, Esq.<br>Landis Rath & Cobb LLP<br>919 Market Street, Suite 600<br>Wilmington, DE 19801 |
| **FIRST CLASS U.S. MAIL**<br>Alan W. Kornberg, Esq.<br>Curtis J. Weidler, Esq.<br>Lori E. Chasen, Esq.<br>Paul Weiss Rifkind Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 | **FIRST CLASS U.S. MAIL**<br>G. Rhea Bucy, Esq.<br>Linda W. Knight, Esq.<br>Gullett, Sanford, Robinson & Martin, PLLC<br>315 Deadrick Street, Suite 1100<br>P.O. Box 198888<br>Nashville, TN 37219-8888 |
| **HAND DELIVERY**<br>David B. Stratton, Esq.<br>James C. Carignan, Esq.<br>Pepper Hamilton LLP<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>Wilmington, DE 19899-1709 | **FIRST CLASS U.S. MAIL**<br>Scott L. Hazan, Esq.<br>Otterbourg Steindler Houston & Rosen, P.C.<br>230 Park Avenue<br>New York, NY 10169-0075<br>(212) 661-9100 |
| **HAND DELIVERY**<br>David Klauder, Esq.<br>United States Trustee<br>844 King Street<br>Room 2313, Lock Box 35<br>Wilmington, DE 19801 | |

_____
Ricardo Palacio

157734.1

WP3:1122746.2                                                                                     62883.1001