UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re ) | | Chapter 11 |
| ) | | |
| GARDEN RIDGE CORPORATION, et al., ) | | Case No. 04-10324 (DDS) |
| ) | | (Jointly Administered) |
| Debtors. ) | | |
| ) | | |
| STARLIGHT SUGARLAND TEXAS, LP, ) | | |
| ) | | |
| Appellant, ) | | |
| ) | | Civil Action No.: 05-181 (GMS) |
| v. ) | | |
| ) | | |
| GARDEN RIDGE CORPORATION, et al., ) | | |
| ) | | |
| Appellees. ) | | |

**ORDER DISMISSING APPEAL**

Having considered the Agreement and Request to Dismiss Appeal Pursuant to Fed.R.Bankr. P. 8001(c)(2) filed in the above captioned matter, it is hereby:

ORDERED that this appeal is dismissed.

June 20, 2005

Gregory M. Sleet
United States District Judge

157734.1

FILED
JUN 2 0 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

WP3:1122746.2                                                62883.1001